Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
(702) 360-3500
Fax (702) 360-3515
Attorney for Defendant
      PAWNEE LEASING CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SPHERE, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> PAWNEE LEASING CORPORATION, a foreign corporation; DONALD CLARK an individual; DOES I through X; and ROE BUSINESS ENTITIES XI through XX <br><br> Defendants. | Case No.: 3:23-cv-00176-MMD-CLB <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT PAWNEE LEASING CORPORATIONS'S REPLY TO PLAINTIFF'S OPPOSITION TO PAWNEE LEASING CORPORATION'S MOTION TO DISMISS COMPLAINT** <br> **(First request)** |

On June 8, 2023, Defendant Pawnee Leasing Corporation (hereinafter "Pawnee") filed a Motion to Dismiss Complaint. ECF No. 12.  On June 22, 2023, Plaintiff Sphere (hereinafter "Plaintiff") filed an Opposition to Pawnee Leasing Corporation's Motion to Dismiss Complaint. ECF No. 16.  The Defendant's Reply is currently due on June 29, 2023.  Pawnee's counsel is attending the State Bar of Nevada meeting in New York City being out of state and is unavailable and returning until June 29, 2023.

- 1

This Stipulation is submitted in good faith, is not interposed for purposes of delay, and will not prejudice this Court or any party and the Reply due date in this matter has been extended to July 13, 2023.

This is the first stipulation for extension of time to file Pawnee's Reply.

| Respectfully submitted by, | Approved as to form and content, |
|---|---|
| DATED this 23rd day of June, 2023 | DATED this 23rd day of June, 2023 |
| DUBOWSKY LAW OFFICE, CHTD | FIDELITY NATIONAL LAW GROUP |
| /s/Peter Dubowsky | /s/Christina Wang |
| Peter Dubowsky, Esq. | Christina H. Wang, Esq. |
| Nevada Bar No. 4972 | Nevada Bar No. 9713 |
| 300 South Fourth Street, Suite 1020 | 8363 West Sunset Road, Suite 120 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89113 |
| (702) 360-3500 | (702) 667-3000 |
| Fax (702) 360-3515 | Fax (702) 938-8721 |
| peter@dubowskylaw.com | christina.wang@fnf.com |
| Attorney for Defendant Pawnee Leasing Corporation | Attorney for Plaintiff |

## **ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation for Extension of Time hereinabove is hereby Granted and Pawnee's Reply is not due until July 13, 2023.

DATED this 23rd day of June, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -