Donald Clark, Jr.
13425 Wild Life Lane
Grass Valley, cA 95945

In Pro Per

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SPHERE, California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>PAWNEE LEASING COPROATION, A foreign corporation;<br>DONALD CLARK, an individual;<br>Does 1 though X and ROE business Entities XI through XX,<br><br>    Defendants. | Case No: 3:23-cv-00176-MMD-DLB<br><br>**NOTICE OF BANKRUPTCY FILING** |

PLEASE TAKE NOTICE that defendant Donald Clark, Jr. filed a Chapter 7 bankruptcy petition, case number 23-21973, in the United States Bankruptcy Court for the Eastern District of California on June 15, 2023. Donald Clark, Jr. is represented in his Chapter 7 bankruptcy proceeding by the Law Offices of Glazer and Cherry, 2600 H Street, Sacramento, CA 95814.

_____
DONALD CLARK, JR.