UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SPHERE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PAWNEE LEASING CORP., *et al.*,<br><br>    Defendants. | Case No. 3:23-CV-00176-MMD-CLB<br><br>**ORDER TO FILE JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

On August 8, 2023, the Court granted the parties' joint motion to stay discovery. (ECF No. 25.) The order provided that in the event the motion to dismiss is denied in whole or in part, the stay of discovery will automatically lift, and the parties must file a proposed discovery plan and scheduling order within 21 days of the Court's order regarding the motion to dismiss. (*Id*.) On November 17, 2018, The Court entered an order denying the motion to dismiss, (ECF No. 30), and therefore a proposed discovery plan and scheduling order was due on or before Friday, December 8, 2023. However, no discovery plan and scheduling order has been filed. Therefore, the parties are ordered to submit an updated joint discovery plan and scheduling order by **Friday, January 12, 2024**. If the parties cannot agree on the filing of a joint discovery plan and scheduling order, each party shall file their own discovery plan and scheduling order for this case. Failure to file a discovery plan and scheduling order may result in sanctions.

**IT IS SO ORDERED.**

**DATED**:   December 13, 2023.

_____
UNITED STATES MAGISTRATE JUDGE