1  CHRISTINA H. WANG, ESQ.
   Nevada Bar No. 9713
2  FIDELITY NATIONAL LAW GROUP
   8363 W. Sunset Road, Suite 120
3  Las Vegas, Nevada 89113
   Telephone: (702) 667-3000
4  Facsimile: (702) 938-8721
   Email: christina.wang@fnf.com
5  *Attorneys for Plaintiff Sphere, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SPHERE, LLC, a California limited liability company, | Case No.: 3:23-cv-00176-MMD-CLB |
| Plaintiff, | |
| vs. | **NOTICE OF PENDING SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE RELATED MATTERS** |
| PAWNEE LEASING CORPORATION, a foreign corporation; DONALD CLARK, an individual; DOES I through X; and ROE BUSINESS ENTITIES XI through XX, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Sphere, LLC ("Plaintiff") and Defendant Pawnee Leasing Corporation ("Pawnee") (at times collectively referred to herein as, the "Parties") have reached a settlement of the dispute between them in this case (the "Settlement"). Accordingly, the Parties respectfully request thirty (30) days to finalize the settlement and submit a duly executed stipulation and proposed order to dismiss Pawnee from the case.

Furthermore, in light of the Settlement, the Parties stipulate that the Motion for Summary Judgment (Doc. 33), filed by Pawnee on December 28, 2023, is now moot and should be withdrawn from consideration. (Plaintiff's claims against Defendant Donald Clark, which are currently stayed due to his bankruptcy filing, are not part of the aforementioned Settlement).

Finally, an updated joint discovery plan and scheduling order was ordered to be filed by January 12, 2024 (Doc. 32). However, upon completion of the Settlement, Pawnee will be dismissed from this case and Plaintiff will become the only remaining party. As such, the Parties respectfully request the Court to vacate the Order to File Joint Discovery Plan and Scheduling Order until such a time as Plaintiff is permitted to proceed against Donald Clark.

DATED this 10th day of January, 2024.

| FIDELITY NATIONAL LAW GROUP | DUBOWSKY LAW OFFICE, CHTD. |
|---|---|
| /s/Christina H. Wang | /s/Peter Dubowsky |
| CHRISTINA H. WANG, ESQ.<br>Nevada Bar No. 9713<br>8363 W. Sunset Road, Suite 120<br>Las Vegas, Nevada 89113<br>*Attorneys for Plaintiff Sphere, LLC* | PETER DUBOWSKY, ESQ.<br>Nevada Bar No. 4972<br>300 South Fourth Street, Suite 1020<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant<br>Pawnee Leasing Corporation* |

## ORDER

**IT IS SO ORDERED** this __10th__ day of _____, 2024.

_____
Miranda M. Du,
Chief U.S. District Judge