1  CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
2  FIDELITY NATIONAL LAW GROUP
8363 W. Sunset Road, Suite 120
3  Las Vegas, Nevada 89113
Telephone:  (702) 667-3000
4  Facsimile:  (702) 938-8721
Email: christina.wang@fnf.com
5  *Attorneys for Plaintiff Sphere, LLC*

6

7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10                                * * *

11 | SPHERE, LLC, a California limited liability        Case No.:  3:23-cv-00176-MMD-CLB
company,
12
13              Plaintiff,
14      vs.                                           **STIPULATION AND [PROPOSED]
                                                      ORDER TO DISMISS ALL CLAIMS
15 PAWNEE LEASING CORPORATION, a                      AGAINST DEFENDANT PAWNEE
foreign corporation; DONALD CLARK, an                 LEASING CORPORATION AND TO
16 individual; DOES I through X; and ROE               RELEASE LIS PENDENS**
BUSINESS ENTITIES XI through XX,
17
                Defendants.

18        Plaintiff SPHERE, LLC ("Plaintiff"), by and through its attorneys of record, the Fidelity

19 National Law Group, and Defendant PAWNEE LEASING CORPORATION ("Pawnee"), by

20 and through its attorneys of record, Dubowsky Law Office, Chtd., hereby stipulate and agree as

21 follows:

22        **WHEREAS:**

23        1.      This action involves the real property commonly known as 5444 Spanish Moss

24 Court, Sparks, Nevada 89436, Washoe County, Nevada, Assessor's Parcel No.:  518-643-13

25 (the "Property").

26        2.      On April 26, 2023, Sphere commenced this action with the filing of a Complaint

27 against Pawnee and Defendant Donald Clark.

28

**Fidelity National
Law Group**
8363 W. Sunset Rd., Suite 120
Las Vegas, NV 89113
(702) 667-3000

Page 1 of 3

1    3.    On the same day, Plaintiff filed a Notice of Lis Pendens regarding the Property

2 and caused it to be recorded as Document No. 5375703 of the Official Records of Washoe

3 County, Nevada.

4    4.    With respect to Pawnee, the Complaint states claims for declaratory judgment

5 and/or quiet title (collectively referred to herein as, the "Claims Against Pawnee").

6    5.    On December 4, 2023, Pawnee filed an Answer to the Complaint.

7    **WHEREFORE,**

8    **IT IS HEREBY STIPULATED AND AGREED** that all of the Claims Against

9 Pawnee shall be dismissed *with* prejudice.

10    **IT IS FURTHER STIPULATED AND AGREED** that Plaintiff and Pawnee shall each

11 bear its own attorney's fees and costs associated with the prosecution and defense of the Claims

12 Against Pawnee.

13    **IT IS FURTHER STIPULATED AND AGREED** that Plaintiff's Notice of Lis

14 Pendens is hereby released as to the Property.

15 / / /

16 / / /

17 / / /

18

19

20

21

22

23

24

25

26

27

28

**Fidelity National
Law Group**
8363 W. Sunset Rd., Suite 120
Las Vegas, NV 89113
(702) 667-3000

1    **IT IS FURTHER STIPULATED AND AGREED** that nothing herein shall affect the

2  other claims in this action.

3       Dated this 6th day of February, 2024.

4  FIDELITY NATIONAL LAW GROUP        DUBOWSKY LAW OFFICE, CHTD.

5

6   _/s/Christina H. Wang_                  _/s/Peter Dubowsky_

7  CHRISTINA H. WANG, ESQ.            PETER DUBOWSKY, ESQ.
   Nevada Bar No. 9713                Nevada Bar No. 4972
8  8363 W. Sunset Road, Suite 120     300 South Fourth Street, Suite 1020
   Las Vegas, Nevada 89113            Las Vegas, Nevada 89101
9  *Attorneys for Plaintiff Sphere, LLC*   *Attorneys for Defendant Pawnee Leasing
                                      Corporation*

10

11

12                                      **ORDER**

13     **IT IS SO ORDERED.**

14

15
                                      _____
16                                    UNITED STATES DISTRICT COURT JUDGE
                                      Case No.:  3:23-cv-00176-MMD-CLB
17
                                      DATED:   February 6, 2024
18

19

20

21

22

23

24

25

26

27

28

**Fidelity National
Law Group**
8363 W. Sunset Rd., Suite 120
Las Vegas, NV 89113
(702) 667-3000